UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FEIGE ZARETSKY,                                                             JUDGMENT

                           Appellant-Debtor,                           14-CV-6808 (JMA)

    -against-

MICHAEL J. MACCO, ESQ.,
*Chapter 13 Trustee,*
                          Appellee.
----------------------------------------------------------------X

        An Order of the Honorable Joan M. Azrack, United States District Judge, having been filed on September 30, 2015, affirming the Bankruptcy Court's order dismissing the Appellant-Debtor's Chapter 13 petition, it is

        ORDERED and ADJUDGED that the Bankruptcy Court's order dismissing Appellant-Debtor's Chapter 13 petition is affirmed; and that Judgment is entered in favor of Appellee.


Dated: Brooklyn, New York                            Douglas C. Palmer
       September 30, 2015                            Clerk of Court

                                                By:    */s/ Brenna B. Mahoney*
                                                          Brenna B. Mahoney
                                                          Chief Deputy for
                                                          Court Operations